UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>AMIRE J. LOGAN,<br><br>      Defendant. | Cr. No. 3:24-cr-171<br><br>**DEFENDANT'S MOTION FOR RELEASE** |

The Defendant, Amire J. Logan, moves this Court for a release order placing him at A New Era Sober Living in Moorhead, Minnesota.

On 9 October 2024, an Indictment was filed charging Mr. Logan with two counts of Possession of Firearms and Ammunition by a Convicted Felon, two counts of Possession of Firearms and Ammunition by a Drug User or Addict, and Possession of a Firearm with an Obliterated Serial Number in violation of 18 U.S.C. §§ 922(g)(1), 922(g)(3), 922(k), 924(a)(8), 924(a)(1)(B), and 2.[1] Arrest took place on 15 October 2024.[2] On that same day, Mr. Logan appeared for his initial appearance and arraignment.[3] At that hearing, the government moved for detention, and a detention hearing was set for 17 October 2024.[4]. A detention hearing was held on 17

---

[1] Doc. 1.
[2] Doc 15.
[3] *See* Docs. 4–5.
[4] *See* Doc. 8.

October 2024. The Court filed an Order of Detention, recommending release to a residential re-entry center pending availability.[5]

Three months later, Mr. Logan remains at the Cass County Jail in Fargo, North Dakota. While there, however, his family has helped him reach out to sober living facilities. Mr. Logan has been accepted to reside at A New Era Sober Living in Moorhead, Minnesota, with immediate bed availability.[6] A New Era Sober Living LLC's, CEO Kristen Niewiera informed defense counsel that the bed will be available for up to 14 days.

The residence is staffed with a house manager that works to hold residents accountable. The residence also has a curfew. In addition to following the rules of the residence, Mr. Logan understands he would be released under the supervision of pretrial services. He would abide by other conditions of release such as drug and alcohol testing, mental-health treatment, and that he must maintain employment or attend an education program. Mr. Logan would follow home-confinement restrictions and electronic monitoring if the Court finds it necessary. Mr. Logan understands the consequence for violating release conditions.

The combination of these conditions likens this release plan to release to a residential reentry center, which the Court has already determined to be appropriate once space becomes available. But months after the Court's detention

---

[5] Doc. 19.

[6] *See* Defendant's Exhibit 1 (A New Era acceptance letter); A New Era Sober Living LLC's website can be found here: https://www.anewerasoberliving.com/ (last accessed 14 January 2025).

order, no RRC bed is available. However, placement at a sober living home is available today. The structure of a sober living residence combined with pretrial supervision sufficiently alleviates risks of nonappearance and community danger.

Accordingly, Mr. Logan requests release to A New Era Sober Living in Moorhead, Minnesota.

Dated this 14th day of January, 2025.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:

 /s/   Christopher P. Bellmore
Christopher P. Bellmore
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
112 Roberts Street North, Suite 200
Fargo, ND 58102
Telephone: 701-239-5111
Facsimile:  701-239-5098
filinguser_SDND@fd.org